JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. PETERS,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK N.A., REGIONAL SERVICE CORP., and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ | Case No.: EDCV 11-255 DSF (VBKx)<br><br><br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed as to Defendant Wachovia Bank, N.A., Plaintiff having failed to amend her complaint in the time allowed by the Court, and Plaintiff having failed to respond to an order to show cause re lack of prosecution,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the claims against Wachovia Bank, N.A. be dismissed with prejudice, the claims against the other Defendants be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: __6/30/11__  _____
Dale S. Fischer
United States District Judge